■ CAR PARK SYSTEMS OF NEW YORK INC. et al., Appellants, v RICHARD ULL et al., Respondents. [60 NYS3d 825]—

Judgments, Supreme Court, New York County (Eileen A. Rakower, J.), entered August 19 and 29, 2016, dismissing the complaint, unanimously affirmed, without costs.

The motion court correctly found that the order dismissing a prior complaint barred the instant complaint on the ground of res judicata, because the determination in the first action that plaintiffs could not demonstrate reasonable reliance to support their fraud claim was a determination on the merits (*see Coutsodontis v Peters*, 39 AD3d 274, 275 [1st Dept 2007]). In addition, we find that dismissal of the conversion claim as time-barred in the prior action also barred the fraud claim in the instant action (*see Marinelli Assoc. v Helmsley-Noyes Co.*, 265 AD2d 1 [1st Dept 2000]). The fraud claim is merely incidental to the conversion claim, as the gravamen of the wrong is the alleged diversion of funds (*see Powers Mercantile Corp. v Feinberg*, 109 AD2d 117, 119-121 [1st Dept 1985], *affd* 67 NY2d 981 [1986]).

We have considered plaintiffs' other contentions and find them unavailing. Concur—Acosta, P.J., Renwick, Webber, Oing and Moulton, JJ.